UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS E. LEITER, MATTHEW T.
LEITER, THE LEITER GROUP, LLC,
BEACON HOMES OF FLORIDA,
LLC and LEITER GROUP
ATTORNEYS AND COUNSELORS,
P.C.,

    Appellants,

v.                                                                                       Case No: 8:21-cv-1353-CEH

MARK CRAMER, JAMES M.
GRANT, WILLIAM TOMPKINS,
JANET K. O'NEILL, CENTRAL
PROPERTY DEVELOPMENT, INC.,
THE SOUTHBY PARTNERSHIP,
LTD., MICHAEL MAHONEY and
D.J. MAHONEY CO.,

    Appellees.
_____/

## ORDER

This matter comes before the Court on Appellants Thomas E. Leiter, Matthew T. Leiter, The Leiter Group, LLC, Beacon Homes of Florida, LLC, and Leiter Group Attorneys and Counselors, P.C.'s Unopposed Motion to Consolidate (Doc. 11), filed on August 13, 2021. In the motion, Appellants request this bankruptcy appeal be consolidated with a related appeal as it involves the same common questions of fact and law, same parties, factual record, and issues appealed as the appeal in case number 8:18-cv-01026-CEH ("the Related Case"), pending in this Court. Appellants seek an order consolidating *Thomas Leiter, et al. v. Mark Cramer, et al.*, Case No. 8:21-cv-1353-

CEH, with *Mark Cramer., et al. v. Thomas Leiter, et al.*, Case No. 8:18-cv-1026-CEH. Additionally, Appellants seek a stay of deadlines in this appeal pending consolidation so the parties can seek clarification as to the briefing deadlines in the Related Case. The motion is unopposed.

A court may consolidate the related appeals of different parties. *See* M.D. Fla. Local Rule 1.07(b); *see also* Fed. R. Bankr. P. 8013. Here, the appeals arise from Findings of Fact and Conclusions of Law entered following the same trial in Adversary Proceeding No. 8:12-ap-999. The appeals involve the same parties and factual record and the issues in each appeal are the same or closely related. Therefore, consolidation of the matters will conserve resources and promote judicial economy. Accordingly, it is

**ORDERED:**

1. Appellants Thomas Leiter, Matthew T. Leiter, The Leiter Group, LLC, Beacon Homes of Florida, LLC, and Leiter Group Attorneys and Counselors, P.C.'s Unopposed Motion to Consolidate (Doc. 11) is **GRANTED**.

2. Case Nos. 8:21-cv-1353-CEH and 8:18-cv-1026-CEH are hereby consolidated for all purposes, including briefing and oral argument.

3. The Clerk is hereby directed to consolidate Case Nos. 8:21-cv-1353-CEH and 8:18-cv-1026-CEH. For purposes of consolidation, the lead case will be 8:18-cv-1026-CEH. All subsequent filings shall be made in the lead case.

4. The Clerk is further directed to administratively close Case No. 8:21-cv-1353-CEH.

**DONE AND ORDERED** in Tampa, Florida on August 26, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any